# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160029(94)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 160029
COA: 339556
Macomb CC: 2016-000578-FC

KYLE JONES,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing an amended application for leave to appeal is GRANTED IN PART.  The amended application will be accepted for filing if submitted on or before November 15, 2019, not November 16, 2019 as requested.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2019



Clerk